

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Action No. 3:23-CR62 |
| ) | |
| v. ) | 18 U.S.C. § 922(g)(1) |
| ) | Possession of Ammunition by a Convicted |
| DAI'QUAN JARRVEL LANE, ) | Felon |
| ) | |
| Defendant. ) | 18 U.S.C. § 922(o) |
| ) | Possession of a Machinegun |
| ) | |
| ) | Forfeiture Allegations |

MAY 2023 TERM– at Richmond, Virginia

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Possession of Ammunition by a Convicted Felon)

On or about February 1, 2023, in the Eastern District of Virginia, the defendant, DAI'QUAN JARRVEL LANE, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess ammunition, to wit: (1) twenty assorted rounds of ammunition, to include numerous 9mm rounds, Blazer, Hornady, Speer, and ZSR brands, in and affecting interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

### COUNT TWO
(Possession of a Machinegun)

On or about February 1, 2023, in the Eastern District of Virginia, the defendant, DAI'QUAN JARRVEL LANE, did knowingly possess a machinegun, to wit: a combination of parts, commonly known as a "switch," "auto sear," and/or "conversion switch," designed and

intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger.

(In violation of Title 18, United States Code, Section 922(o).)

## FORFEITURE ALLEGATION

Pursuant to Rule 32.2(a) Fed. R. Crim. P., the defendant is hereby notified that if convicted of either of the offenses charged in Counts One and/or Two of this Indictment, he shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense charged.

Property subject to forfeiture includes, but is not limited to:

(1) twenty assorted rounds of ammunition, to include numerous 9mm rounds, Blazer, Hornady, Speer, and ZSR brands; and

(2) a machinegun conversion device (commonly known as a "switch," "auto sear," and/or "conversion switch").

If property subject to forfeiture cannot be located, the United States will seek an order forfeiting substitute assets.

(In accordance with Title 18, United States Code, Section 924(d), incorporated by Title 28, United States Code, Section 2461(c)) and Title 21, United States Code, Section 853).

A TRUE BILL

JESSICA D. ABER
United States Attorney

By: _____
Devon E. Schulz
Special Assistant United States Attorney
Olivia Norman
Assistant United States Attorney

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office