Received and Filed
DEC 16 2020
HANOVER GENERAL
DISTRICT COURT

January 14, 2021 @ 9:00 a.m.

**VIRGINIA:**
IN THE GENERAL DISTRICT COURT FOR HANOVER COUNTY

**COMMONWEALTH OF VIRGINIA**          :

v.                                    : Case No(s).:   GC20013357-00
                                                       & 13358-00

**Daiquan Jarvell Lane, Defendant.**   :

---

### RESPONSE IN ANSWER TO
### MOTION FOR DISCOVERY AND INSPECTION

COMES NOW, the Commonwealth of Virginia by her Commonwealth's Attorney for the County of Hanover and for Answer to Defendant's Motion for Discovery and Inspection states the following:

1. That discovery in the General District Court is governed by the provisions of Rule 7C:5 of the Rules of the Supreme Court of Virginia.

2. As to those matters discoverable and subject to inspection, the following is submitted:

   a. Any relevant written or recorded statements made by the accused, or copies thereof may be viewed by contacting the Office of the Commonwealth's Attorney at (804) 365-6185.

      - **BWC video footage was shared with defense counsel on December 14, 2020 via email.**
      - **The Commonwealth is currently not aware of any statements written by accused.**

   b. The substance of any oral statements and confessions made by the accused to any law enforcement officer.

      - **Lane was read Miranda, stated he understood his rights and agreed to speak with Officer Donovan.**
      - **Lane identified himself as Jhalil Lane.**

Page 37

- Lane and the other male, Taymon Coward, stated they were brought to the area and were visiting a female friend in Laurel Woods. They said they didn't know the apartment number. The parties agreed to empty their pockets.

c. To the best knowledge of the Commonwealth, the Defendant has the following prior criminal convictions / adjudications:

| JURISDICTION | CHARGE | DATE |
|---|---|---|
| City of Richmond, Virginia | Assault & Battery (M) | 1/29/2020 |

d. Exculpatory evidence, if any.

e. The Commonwealth is unaware of the existence of any potentially exculpatory evidence pursuant to Brady v. Maryland, 377 U.S. 83 (1963). If the Commonwealth becomes aware of any potentially exculpatory evidence, it will promptly be furnished to the attorney for the defendant. The Commonwealth is likewise unaware of any potentially mitigating evidence pursuant to Giglio v. United States, 405 U.S. 150 (1972). If the Commonwealth becomes aware of any potentially mitigating evidence, it will promptly be furnished to the attorney for the defendant.

Wherefore, the Commonwealth submits her answer for and in response to the motion for discovery heretofore filed, and understanding discovery to be continuing in nature, will make known to the defendant such matters which may come to the attention of the Attorney for the Commonwealth and are covered by the rules of discovery.

THE COMMONWEALTH OF VIRGINIA

By: _____
Counsel

Michael L. Mitchell
Assistant Commonwealth's Attorney
Hanover County
P. O. Box 470
Hanover, Virginia 23069
Telephone: (804) 365-6185
Facsimile: (804) 365-6295

## CERTIFICATE

I hereby certify that an original of the foregoing was hand-delivered to the Clerk of the Court and a true copy was sent via facsimile to Linwood T. Wells, Esquire, on this 15th day of December, 2020.

By: _____
Michael L. Mitchell
Assistant Commonwealth's Attorney