**Virginia:**

**County of Hanover, to-wit:**

### In the Circuit Court of the County of Hanover

**January 19, 2021**

The Grand Jury charges that:

### Daiquan Jarvell Lane

**Race:** Black **Sex:** Male **DOB:** ▮▮▮▮
**SSN:** ▮▮▮▮

    did, on or about September 27, 2020, in the County of Hanover, unlawfully and feloniously make any written declaration, certification, verification or statement under penalty of perjury pursuant to § 8.01-4.3 and willfully subscribes as true any material matter which he does not believe is true, in violation of § 18.2-434 of the Code of Virginia (1950), as amended, against the peace and dignity of the Commonwealth of Virginia.

A Class 5 Felony
*(For Administrative Use Only PER-5017-F5)*
Penalty

CHECK ONE:

[✓] A True Bill
[ ] Not a True Bill

_____
Foreman

Witness sworn and sent by the Court
to the Grand Jury to give evidence:

    R. Donovan, Ashland Police Department

DCR21000027-05