IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:23cr62 |
| | ) |
| DAI'QUAN JARRVEL LANE, | ) |
| *Defendant.* | ) |

### MR. LANE'S NOTICE OF RECENT FIFTH CIRCUIT DECISION

Dai'Quan Lane hereby provides notice of and attaches the Fifth Circuit's recent decision in *United States v. Daniels*, --- F.4th ----, 2023 WL 2023 WL 5091317 (5th Cir. Aug. 9, 2023). In the *Daniels*' decision, the Fifth Circuit found that 18 U.S.C. § 922(g)(3), which precludes anyone who "is an unlawful user of or addicted to any controlled substance" from possessing a gun, was unconstitutional as applied to Mr. Daniels. While the *Daniels* decision did not address the constitutionality of 18 U.S.C. § 922(g)(1), it did refute the government's generalized argument that the United States's history of disarming persons perceived to be dangerous or disloyal that the government makes in this case. *See* 2023 WL 5091317, at *10-14 ("To remain faithful to *Bruen*, the solution is to analogize to particular regulatory traditions instead of a general notion of 'dangerousness.' The government must show that a historical danger-based disarmament is analogous to the challenged regulation.").

Respectfully Submitted,
DAI'QUAN JARRVEL LANE

By:         /s/
Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884

2

Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org