IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 3:23cr62 |
| | ) | The Honorable Roderick C. Young |
| DAI'QUAN JARRVEL LANE, | ) | |
| Defendant | ) | |

## NOTICE OF APPEAL

Dai'Quan Lane, through counsel, notes his appeal to the United States Court of Appeals for the Fourth Circuit from the memorandum opinion and order and final order in this case entered on August 31, 2023, and January 24, 2024 (ECF Nos. 38, 39, 54).

Respectfully Submitted,
DAI'QUAN JARRVEL LANE

By: _____/s/_____
        Counsel

Laura Koenig
Va. Bar No. 86840
Counsel for Defendant
Office of the Federal Public Defender
701 E Broad Street, Suite 3600
Richmond, VA 23219-1884
Ph. (804) 565-0881
Fax (804) 648-5033
laura_koenig@fd.org

1